# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PAYNE, <br><br> Plaintiff, <br><br> v. <br><br> AVEDRO, INC., DONALD J. ZURBAY, JONATHAN SILVERSTEIN, HONGBO LU, GARHENG KONG, REZA ZADNO, and ROBERT J. PALMISANO, <br><br> Defendants. | C.A. No.: 19-cv-2019-CFC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Payne hereby voluntarily dismisses the above-captioned action with prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: January 10, 2020

*Of Counsel*

Zachary Halper
Daniel Sadeh
HALPER SADEH LLP
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: zhalper@halpersadeh.com
Email: sadeh@halpersadeh.com

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan_____
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*